Aaron K. McClellan - 197185
amcclellan@mpbf.com
Steven W. Yuen - 230768
syuen@mpbf.com
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA  94108-5530
Tel:    (415) 788-1900
Fax:   (415) 393-8087

Attorneys for Plaintiff
SETH ABRAHAMS
In Case No. C 12-01006 JCS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HARD DRIVE PRODUCTIONS, INC., <br><br>    Plaintiff, <br><br> v. <br><br> JOHN DOE, <br><br>    Defendant. | Case No.:  C 11-05634 PJH <br><br> **DECLARATION OF STEVEN W. YUEN IN SUPPORT OF SETH ABRAHAMS' MOTION FOR PROTECTIVE ORDER** <br><br> Date:         April 11, 2012 <br> Time:        9:00 a.m. <br> Judge:       Hon. Phyllis J. Hamilton <br> Courtroom: 3, 3rd Floor <br> File Date:   November 21, 2011 <br> Trial Date:  None |

I, Steven W. Yuen, declare that:

1.     I am an attorney duly licensed to practice in all courts of the State of California and in the United States District Court, Northern District of California, and am a senior associate with the law firm of Murphy, Pearson, Bradley & Feeney, attorneys of record for plaintiff Seth Abrahams in action number C 12-01006 JCS.  I have personal knowledge of the information set forth herein below, all of which is true and correct of my own personal knowledge, and if called upon to testify, I could and would competently testify thereto.

2.     Attached hereto as Exhibit A is a true and correct copy of Hard Drive Productions, Inc.'s (hereafter "Hard Drive") complaint, action number C 11-01567-LB.

3.     Attached hereto as Exhibit B is a true and correct copy of Hard Drive's ex parte application for expedited discovery in action number C 11-01567-LB.

4. Attached hereto as Exhibit C is a true and correct copy of Mr. Abrahams' complaint, action number C 12-01006 JCS.

5. Attached hereto as Exhibit D is a true and correct copy of Hard Drive's ex parte application for expedited discovery in this case.

6. My client retained me in this matter on February 28, 2012. During the discussion to retain me, I learned that my client's personal counsel Michael Berch did not practice litigation, including copyright litigation, and had attempted to retain other counsel but was unsuccessful in doing so.

7. After receiving the case facts, and only after determining that the case facts justified and warranted declaratory relief complaint, I spent approximately 4.2 hours preparing my client's declaratory relief complaint which was filed with the court right before the close of business hours. After I received confirmation of the filing of the complaint the next day I had transmitted a letter notifying Hard Drive's counsel of my recent retention, and of my unavailability to attend my client's deposition in 2 days due to a calendar conflict. I requested Hard Drive's counsel to continue the deposition. He refused to do so, and insisted he would proceed with the deposition, and then move to hold my client in contempt if he did not appear.

8. Attached hereto as Exhibit E is a true and correct copy of the court's February 13, 2012 order in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 1, 2012.

/s/ Steven W. Yuen

Steven W. Yuen

SWY.20370499.doc

# CERTIFICATE OF SERVICE

I, Liset L. Alvarado, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 88 Kearny Street, 10th Floor, San Francisco, California 94108-5530.

On March 1, 2012, I served the following document(s) on the parties in the within action:

**DECLARATION OF STEVEN W. YUEN IN SUPPORT OF SETH ABRAHAMS' MOTION FOR PROTECTIVE ORDER**

|  | |
|---|---|
|  | **BY MAIL**: I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at San Francisco, California on this date, addressed as follows: |
|  | **BY HAND**: The above-described document(s) will be placed in a sealed envelope which will be hand-delivered on this same date by _____, addressed as follows: |
|  | **VIA FACSIMILE**: The above-described document(s) was transmitted via facsimile from the fax number shown on the attached facsimile report, at the time shown on the attached facsimile report, and the attached facsimile report reported no error in transmission and was properly issued from the transmitting facsimile machine, and a copy of same was mailed, on this same date to the following: |
|  | **VIA OVERNIGHT SERVICE**: The above-described document(s) will be delivered by overnight service, to the following: |
| XX | **BY ECF**: I attached and submitted the above-described document(s) to the ECF system for filing. |

Brett L. Gibbs                                              Attorney For Plaintiff
Prenda Law Inc.                                          HARD DRIVE PRODUCTIONS, INC.
38 Miller Avenue, #263
Mill Valley, CA  94941

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 1, 2012.

By  /s/ *Liset L. Alvarado*
     Liset L. Alvarado