UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**Date:** March 1, 2012 (Time: 6 minutes)     **JUDGE:** Phyllis J. Hamilton

**Case No:** C-11-5634 PJH

**Case Name:** Hard Drive Productions v. Doe

**Attorney(s) for Plaintiff:**     Brett Gibbs
**Attorney(s) for Defendant:**

**Deputy Clerk**: Nichole Heuerman     **Court Reporter**: Not Reported

## PROCEEDINGS

Initial Case Management Conference-Held. Counsel updated the court regarding expedited discovery. A deposition is scheduled to take place tomorrow. Counsel shall submit a status statement one week after deposition is taken with proposal on how to proceed.

**Order to be prepared by:**   [] Pl [] Def  []  Court

**Notes:**

**cc:** chambers