# EXHIBIT B

Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HARD DRIVE PRODUCTIONS, INC., )<br>        )<br>       Plaintiff, )<br>  v. )<br>        )<br>JOHN DOE, )<br>        )<br>       Defendant. )<br>        ) | No. C-11-05634 PJH<br><br>**AFFIRMATION BY NOTARY PUBLIC ACTING AS DEPOSITION OFFICER** |

**AFFIRMATION BY NOTARY PUBLIC ACTING AS DEPOSITION OFFICER**

I, __PAOLA WILLIAMS__, a Notary Public authorized by the State of California, do hereby certify the following:

1. I was personally present on March 2, 2012, at 267 Buena Vista Avenue, Mill Valley, California 94941 at 8:30 a.m. in the morning. I was supposed to act as the deposition officer according to Federal Rule of Civil Procedure, Rule 30 during the deposition of Seth Abrahams that morning. Plantiff's attorney, Brett L. Gibbs, was present at the deposition at the time and place described above. I personally observed that Seth Abrahams was not present at the deposition at the time and date described above.

2. On or around 10:25 a.m., I personally called the office of Murphy, Pearson, Bradley and Feeney, and asked the firm's secretary if I could speak with Mr. Steven Yuen, counsel for Mr. Seth Abrahams. The secretary put me on hold, and then came back on the line saying that Mr. Yuen was out, and asked if I would like to leave a message on his voice mail instead. I asked to be transferred to his personal secretary, Shannon. I was then transferred.

3. When I was transferred to Shannon, I spoke with Shanon about being at the Mill Valley Club House for the Deposition of Seth Abrahams, and about Mr. Yuen not being there. I asked whether she knew if Mr. Yuen was going to show up at the deposition with his client. She was said that he had not arrived for work yet that morning, and she did not know whether or not he was planning to attend the deposition scheduled for March 2, 2012 at 8:30 a.m.

4. Further, I asked his personal secretary, Shannon, to look at his schedule and tell me whether there were any appointments on his schedule for that day. She checked his schedule, and said that he had no appointments on his schedule for the entire day.

5. I stayed until approximately 11:15 a.m., and, at that time, Mr. Brett L. Gibbs and I left 267 Buena Vista Avenue, Mill Valley, California 94941.

5. The deposition proceedings did not take place in light of the absense of Mr. Seth Abrahams.

///
///
///
///

6. I affirm that this version of the events this day as described above constitutes a full, true, and correct report. I affirm that I am a disinterested person to the said action.

In witness hereof, I hereunto subscribed my hand and affixed my official seal this 2nd Day of March, 2011.

**DATED: MARCH 2, 2012**                    By:

*/s/ P. Williams/*

PAOLA SUSANA WILLIAMS
COMM. #1958823
Notary Public-California
SONOMA COUNTY
My Comm. Exp. OCT 31, 2015

3

AFFIRMATION                                      No. C-11-05634 PJH