UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HARD DRIVE PRODUCTIONS, INC.,

    Plaintiff(s),                  No. C 11-5634 PJH

    v.                           **ORDER OF REFERENCE TO MAGISTRATE JUDGE**

JOHN DOE,

    Defendant(s).
_____/

    Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for resolution of Seth Abraham's Motion for Protective Order, for resolution of plaintiff's motion for order to show cause re contempt, and for all further discovery. Any date for hearing on discovery motions previously noticed on the undersigned's calendar is VACATED.

    The parties shall contact the courtroom clerk of the assigned magistrate judge about that judge's procedures for resolving discovery disputes. The information may also be available on the court's website.

    IT IS SO ORDERED.

Dated: March 6, 2012

                                           PHYLLIS J. HAMILTON
                                           United States District Judge

cc: MagRef, Assigned M/J, counsel of record