# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

**CASE NO.  C 11-05634 PJH (JCS)**

**CASE NAME:**  HARD DRIVE PRODUCTIONS, INC. v.  DOE

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**:  Karen Hom |
| **DATE**: March 27, 2012      **TIME: 2 H 45 M** | **COURT REPORTER**: <u>Not Reported</u> |
| **COUNSEL FOR PLAINTIFF:**<br>Brent Gibbs | **COUNSEL FOR DEFENDANT:**<br>Steven Yuen for Dft Seth Abrahams |

**PROCEEDINGS:**                                                                                       **RULING:**

1.  Discovery Conference re: Motion for Protective                    Held
Order [docket no. 16] and Motion to Compel [docket no. 20]

**ORDERED AFTER HEARING:**

The deposition of Mr. Abrahams shall occur during the first week of May, not to exeed two (2) hours.  All other relief is denied.

**ORDER TO BE PREPARED BY:**          () Plaintiff     () Defendant       () Court

**CASE CONTINUED TO:**                  at 1:30 p.m., for a further case mgmt conference.

| Number of Depos: | Number of Experts: | Discovery Cutoff: |
|---|---|---|
| **Expert Disclosure:** | **Expert Rebuttal:** | **Expert Discovery Cutoff:** |
| **Motions Hearing:**     at 9:30 a.m. | | **Pretrial Conference:**     at 1:30 p.m. |
| **Trial Date:**          at 8:30 a.m.  ()Jury   ()Court | **Set for** | **days** |

**cc:**      Chambers; Karen
\* (T) = Telephonic Appearance