Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| AF HOLDINGS, LLC, | No. C-11-05634 PJH |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE** |
| v. | |
| JOHN DOE, | |
| Defendant. | |

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE**

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntary dismisses this action in its entirety without prejudice.

In accordance with Federal Rule of Civil Procedure 41(a)(1), the Doe Defendant in this case has neither filed an answer to Plaintiff's Complaint, nor a motion for summary judgment. Dismissal under Federal Rule of Civil Procedure 41(a)(1) is therefore appropriate.

//

//

//

//

Plaintiff prays that the Court enter a judgment reflecting the above.

Respectfully Submitted,

                PRENDA LAW INC.,

**DATED: August 3, 2012**

            By:     /s/  Brett L. Gibbs, Esq._____

                Brett L. Gibbs, Esq. (SBN 251000)
                Of Counsel to Prenda Law Inc.
                38 Miller Avenue, #263
                Mill Valley, CA 94941
                blgibbs@wefightpiracy.com
                *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 3, 2012, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document, and all attachments and related documents, using the Court's ECF system, in compliance with Local Rule 5-6 and General Order 45.

                                               /s/ Brett L. Gibbs
                                                   Brett L. Gibbs, Esq.

3
NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJDICE     No. C-11-05634 PJH