Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HARD DRIVE PRODUCTIONS, INC., <br><br> Plaintiff, <br> v. <br> JOHN DOE, <br><br> Defendant. | **No. C-11-05634 PJH** <br><br> **[CORRECTED] NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE** |

**[CORRECTED) NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE**

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Hard Drive Productions, Inc. voluntary dismisses this action in its entirety without prejudice.

In accordance with Federal Rule of Civil Procedure 41(a)(1), the Doe Defendant in this case has neither filed an answer to Plaintiff's Complaint, nor a motion for summary judgment. Dismissal under Federal Rule of Civil Procedure 41(a)(1) is therefore appropriate.

//

//

Plaintiff prays that the Court enter a judgment reflecting the above.

Respectfully Submitted,

                                             PRENDA LAW INC.,

**DATED: August 9, 2012**

                              By:     /s/  Brett L. Gibbs, Esq.

                                    Brett L. Gibbs, Esq. (SBN 251000)
                                    Of Counsel to Prenda Law Inc.
                                    38 Miller Avenue, #263
                                    Mill Valley, CA 94941
                                    blgibbs@wefightpiracy.com
                                    *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 9, 2012, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document, and all attachments and related documents, using the Court's ECF system, in compliance with Local Rule 5-6 and General Order 45.

                                        /s/  Brett L. Gibbs
                                            Brett L. Gibbs, Esq.